In the Matter of the Probate of the Will of ANGELINA CRANE, Deceased.— EDITH H. SIMMONS, Appellant; THE FARMERS' LOAN AND TRUST COMPANY et al., Respondents.

Reported below, 12 App. Div. 271.
(Argued October 18, 1897 ; decided October 26, 1897.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 13, 1897, which affirmed a decree of the Surrogate's Court of the county of New York admitting to probate the will of Angelina Crane, deceased.

The motion was made upon the ground that the appeal was not taken within sixty days after service of a copy of the order of affirmance with notice of entry thereof.

*David McClure* for motion.

*A. Prentice* opposed.

Motion denied, with ten dollars costs.

———————

HAWLEY D. CLAPP, Respondent, *v.* WILLIAM F. McCABE, Appellant.

Reported below, 84 Hun, 379.
(Submitted October 18, 1897; decided October 26, 1897.)

MOTION to dismiss an appeal from a judgment of the General Term of the Supreme Court in the second judicial department, entered February 16, 1895, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that no practical effect could be given to a decision upon the merits by the Court of Appeals.

*A. Britton Havens* for motion.

*Wm. Sam. Johnson* opposed.

Motion denied, with ten dollars costs.